# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 00565 | **DATE** | 5/6/2009 |
| **CASE TITLE** | United States Equal Employment Opportunity Commission vs. Olsten Staffing Services Corp. | | |

**DOCKET ENTRY TEXT:**

Mediation conference held with attorneys and representatives of defendant.  Case not settled.  The court will reconvene mediation in Madison with the attorneys and the complainant.  The court will provide a sign language interpreter.  Tentative date for mediation will be June 1, 2009 subject to confirmation of the date and time through a telephonic status to be initiated by the court on May 15 at a time convenient to the attorneys.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|