# United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 565 | **DATE** | 5/27/2009 |
| **CASE TITLE** | EEOC v. Olsten Staffing Services Corp. | | |

**DOCKET ENTRY TEXT:**

Pursuant to the request of the court and by agreement of parties, telephonic conference set for Thursday, May 28, 2009 at 11:30 a.m.  Plaintiff's attorney to initiate call.

*Philip G. Reinhard*

Electronic Notices/ Emailed to attorney Hendrickson

| | Courtroom Deputy Initials: | JT |
|---|---|---|