# United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 565 | **DATE** | 5/28/2009 |
| **CASE TITLE** | EEOC v. Olsten Staffing Services Corp. | | |

**DOCKET ENTRY TEXT:**

Telephonic conference call held with attorneys. The court will provide a sign language interpreter for Mr. Schaefer at the scheduled June 5, 2009 mediation. Regional Attorney, John Hendrickson, will be present and any delay in the arrival time of the EEOC attorneys is excused. The court will not confer with Mr. Schaefer until the EEOC attorneys are present.

*Philip G. Reinhard*

Electronic Notices/ Emailed to attorney Hendrickson

00:15

| | Courtroom Deputy Initials: | JT |
|---|---|---|